UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY JACOB RENTERIA,<br><br>        Plaintiff,<br><br>    v.<br><br>ADOLFO JIMENEZ ET. AL.,<br><br>        Defendant. | No. 1:15-CV-1191----MJS<br><br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**(ECF No. 2)** |

      Plaintiff, Jimmy Jacob Rentria ("Plaintiff") is proceeding pro se in this action. Plaintiff filed a Motion to Proceed *in forma pauperis* pursuant to 28 U.S.C. section 1915 on July 31, 2015. (ECF No. 2)  The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees.  Plaintiff, Jimmy Jacob Renteria's, Motion to Proceed *in forma pauperis* is therefore GRANTED.

IT IS SO ORDERED.

    Dated:   August 6, 2015          /s/ *Michael J. Seng*

                                  UNITED STATES MAGISTRATE JUDGE