# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY JACOB RENTERIA, | Case No. 1:15-cv-01191- SMS |
| Plaintiff, | ORDER VACATING SCREENING ORDER FILED ON DECEMBER 30, 2015 |
| v. | |
| ADOLFO JIMENEZ, JOHN PIERRO, GUY TURNER, and DOES 1-10, | |
| Defendants. | (Doc. 5) |

On July 31, 2015, Plaintiff Jimmy Renteria, a state prisoner proceeding *pro se* and *in forma pauperis* filed a complaint under 42 U.S.C. § 1983, alleging violations of his rights under the United States Constitution. After reviewing the complaint and applicable law, the Court filed an "Order Screening Complaint Under 28 U.S.C. § 1915A" on December 30, 2015, dismissing the complaint in part and allowing Plaintiff to proceed on the surviving claims. Doc. 5. Such an order, however, contravened established law that a magistrate judge cannot make a final and binding disposition absent designation by a district judge or consent by the parties, and therefore issued in error. *See* 28 U.S.C. § 636(b)(1), (c)(1); Local Rules 302-305.

To correct the error, the Court hereby vacates its December 30, 2015 order. Doc. 5. The Court will thereafter issue Findings and Recommendation under 28 U.S.C. § 636(b)(1) and Local

1

Civil Rule 302 of the United States District Court for the Eastern District of California. Plaintiff will have an opportunity to object to the findings and recommendation.

IT IS SO ORDERED.

    Dated: **January 5, 2016**           **/s/ Sandra M. Snyder**
                                                      UNITED STATES MAGISTRATE JUDGE