UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY JACOB RENTERIA,<br><br>Plaintiff,<br><br>v.<br><br>ADOLFO JIMENEZ, JOHN PIERRO, GUY TURNER, and DOES 1-10,<br><br>Defendants. | Case No. 1:15-cv-01191- SMS<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br><br>(Doc. 9) |

Plaintiff Jimmy Renteria, a state prisoner proceeding *pro se* and *in forma pauperis* filed a complaint under 42 U.S.C. § 1983, alleging violations of his rights under the United States Constitution. The matter was referred to a United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302 of the United States District Court for the Eastern District of California.

On January 12, 2016, the Magistrate Judge issued Findings and Recommendations (F&R) that (1) Plaintiff proceed on the excessive force and deprivation of liberty claims against Defendants, and (2) that all other claims be dismissed with prejudice. Doc. 9. Plaintiff has since filed a notice indicating that he does not object to the F&R and requests an order permitting service of his surviving claims. Doc. 11.

1

Under 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, it is HEREBY ORDERED that:

1. The Findings and Recommendations filed on January 13, 2016, is adopted in full;

2. Plaintiff is to proceed on the excessive force and deprivation of liberty claims against Defendants; and

3. All other claims asserted in the Complaint are dismissed with prejudice.

IT IS SO ORDERED.

Dated:   **March 2, 2016**          **/s/ Lawrence J. O'Neill**
                                   UNITED STATES DISTRICT JUDGE