UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY JACOB RENTERIA,<br><br>          Plaintiff,<br><br>   v.<br><br>ADOLFO JIMENEZ, JOHN PIERRO, GUY TURNER, and DOES 1-10,<br><br>          Defendants. | Case No. 1:15-cv-01191- SMS<br><br>ORDER DIRECTING PARTIES TO APPEAR FOR TELEPHONIC STATUS CONFERENCE<br><br>CLERKS OFFICE TO MAIL A COPY OF THIS ORDER TO THE PLAINTIFF |

This matter is before the Court for case management.  On March 2, the Court issued an order adopting in full the January 13, 2016 Findings and Recommendations of Magistrate Judge Sandra M. Snyder.  Doc. 12.  The Court therefore found service of the complaint, containing the surviving claims, appropriate.  On April 14, 2016, Defendants filed an answer.  Doc. 17.

Accordingly, as the case is ripe for management, the Court ORDERS the parties to appear for a telephonic status conference scheduled for November 16, 2016, at 2:00 p.m. in Magistrate Judge Snyder's chambers.  To do so, the parties are directed to directed to dial 1-866-590-5055 and use the passcode 5453256.

IT IS SO ORDERED.

Dated:  __October 26, 2016__        _____ **/s/ Sandra M. Snyder**
                                 UNITED STATES MAGISTRATE JUDGE

1