# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY JACOB RENTERIA, | Case No.  1:15-cv-01191-LJO-SKO |
| Plaintiff, | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE RECOMMENDED FOR DISMISSAL** |
| v. | |
| ADOLFO JIMENEZ, et al., | |
| Defendants. | |
| _____/ | |

On July 31, 2015, Plaintiff filed a Complaint, in which he alleges that Defendants infringed on Plaintiff's constitutional rights during the course of a traffic stop. (*See* Doc. 1.)  By its order entered on December 22, 2016, the Court set a scheduling conference for January 31, 2017, and directed the parties to "file their joint scheduling report by no later than" January 24, 2017." (Doc. 24.)  Defendant filed a scheduling report on January 24, 2017. (Doc. 25.)  However, Plaintiff did not participate in the preparation of this scheduling report, (*see* Doc. 25), and failed to appear at the January 31, 2017 scheduling conference.

By its order entered on January 31, 2017, the Court cautioned Plaintiff that "it will enter an order to show cause as to why this matter should not be dismissed if, by no later than February 14, 2017: (1) an attorney does not notice an appearance [on behalf of Plaintiff] on the docket for this

case; or (2) Plaintiff does not file notice on the docket for this case of his intent to continue litigating this action." (Doc. 26.)  To date, no attorney has noticed an appearance on behalf of Plaintiff and Plaintiff has not notified the Court of his intent to continue litigating this case.

Accordingly, the Court ORDERS that, by no later than March 9, 2017, Plaintiff shall file a statement showing cause why the Court should not recommend to the presiding district court judge that this action be dismissed.  The Court further WARNS Plaintiff that, if he fails to file this statement by March 9, 2017, the Court will recommend to the presiding district court judge that this action be dismissed, in its entirety.

The Court DIRECTS the Clerk to send a copy of this order to Plaintiff at his address listed on the docket for this matter.

IT IS SO ORDERED.

Dated:   **February 16, 2017**                              /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE